IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK L WILLIAMS                                                     PLAINTIFF

v.                      Case No. 4:20-cv-00140-LPR

ARKANSAS DEMOCRAT-GAZETTE                            DEFENDANT

## JUDGMENT

Pursuant to the Order filed on February 19, 2020, it is considered, ordered, and adjudged that Plaintiff Frederick Williams's case is dismissed without prejudice.

IT IS SO ADJUDGED this 19th day of February.

_____
UNITED STATES DISTRICT JUDGE